Decided December 14, 1992

STATE OF CONNECTICUT *v.* JOSEPH JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 394 (AC 10360), is granted, limited to the following issues:

"1. Was the Appellate Court correct in finding that the improper exclusion of impeachment evidence did not constitute a constitutional violation to the defend-

ant's right to confront and cross-examine witnesses under article first, § 8 of the Connecticut constitution?

"2. Was the Appellate Court correct in finding harmless error where the trial court had improperly excluded expert testimony, as a discovery sanction, offered to impeach the credibility of an eyewitness identification made by a police officer?"

The Supreme Court docket number is SC 14660.

*Denise Derby,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided December 22, 1992